IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

GS HOLISTIC, LLC,

    Plaintiff,

v.

SMOKE WORLD INC. d/b/a SMOKE WORLD VAPE 3 and ANAN BARBARAWI,

    Defendants.

Case No. 2:23-cv-00703-WED

Judge William E Duffin

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS**

    The Plaintiff, GS HOLISTIC, LLC, by and through its attorney, RYAN S. FOJO, makes this request for entry of a default judgment pursuant to Rule 55(b) against Defendants, SMOKE WORLD INC. d/b/a SMOKE WORLD VAPE 3 and ANAN BARBARAWI, and in support thereof states as follows:

    1.    The Plaintiff filed its Complaint against the Defendants on June 2, 2023 [DE 1].

    2.    On July 6, 2023, the Defendants SMOKE WORLD INC. d/b/a SMOKE WORLD VAPE 3 and ANAN BARBARAWI were served with the Complaint and Summons [DE 4,5].

    3.    On August 14, 2023, the Plaintiff filed a Motion for Entry of Clerk's Default against the Defendants, SMOKE WORLD INC. d/b/a SMOKE WORLD VAPE 3 and ANAN BARBARAWI, [DE 6] which was subsequently granted on August 15, 2023.

    4.    The Plaintiff thus moves for entry of default judgment pursuant to Fed. R. Civ. P. 55(b).

5. In support of the motion, Plaintiff submit the following certifications:

<u>Exhibit A</u>: Affidavit of Attorney Ryan S. Fojo, as to docket review and costs expended.

<u>Exhibit B</u>: Affidavit of Christopher Folkerts, Chief Executive Officer of GS Holistic, LLC, as to statutory damages.

<u>Exhibit C</u>: Affidavit of Christopher Folkerts, Chief Executive Officer of GS Holistic, LLC, as to value of damages

<u>Exhibit D</u>: judgment in GS Holistic, LLC. v. Envirocure, LLC. and, Hassan Abid (22-cv-60463-BLOOM/Valle) for $151,147.89 in statutory damages.

<u>Exhibit E</u>: judgment in GS Holistic, LLC. v. One Stop Vape et al (2:22-cv-04628-SVW-AGR) for $225,000 in statutory damages and $1,482 in costs.

<u>Exhibit F</u>: judgment in GS Holistic, LLC. v. Cali Smoke Depot LLC et al (2:22-cv-06679-SPG-KS) for $150,000 in statutory damages and $1,0999.86 in costs.

<u>Exhibit G</u>: judgment in GS Holistic, LLC. v. Bellair Cigarettes Inc et al One Stop Vape et al (2:22-cv-06363-GW-MRW) for $150,000 in statutory damages and $955.69 in costs.

<u>Exhibit H</u>: judgment in GS Holistic, LLC. v. Pyramids Wholesale et al (2:22-cv-04632-SPG-RAO) for $300,000 in statutory damages and $1,462 in costs.

<u>Exhibit I</u>: judgment in GS Holistic, LLC. v. Smoke Unlimited et al (1:22-cv-21254-FAM) for $250,000 in statutory damages and $563.41 in costs.

2

**THE TICKTIN LAW GROUP**
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222

Case 2:23-cv-00703-LA    Filed 10/11/23    Page 2 of 4    Document 8

Exhibit J: judgment in GS Holistic, LLC. v. Abood Enterprise et al (1:22-cv-06161) for $150,000 in statutory damages and $817 in costs.

Exhibit K: Trademark registration certificates for Stündenglass Marks.

Exhibit L: Investigator Pictures of the Infringing Sale.

6. Plaintiff also submits and relies upon the Memorandum of Law in Support of Statutory Damages, in the amount of $150,000.00.

WHEREFORE, the Plaintiff requests default judgment against SMOKE WORLD INC. d/b/a SMOKE WORLD VAPE 3 and ANAN BARBARAWI, in the amount of $150,000.00.

Respectfully submitted,

*/s/ Ryan S. Fojo*
Ryan S. Fojo
IL Bar # 6305940
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Serv606@LegalBrains.com
Telephone: 561-232-2222
Attorney for the Plaintiff

3

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222
Case 2:23-cv-00703-LA    Filed 10/11/23    Page 3 of 4    Document 8

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 11, 2023, the foregoing document was mailed via Certified USPS to Defendants to the addresses in the Service List.

*/s/ Ryan S. Fojo*
Ryan S. Fojo

## SERVICE LIST

SMOKE WORLD INC. d/b/a SMOKE WORLD VAPE 3
Registered Agent: Anan Barbarawi
8809 S. Howell Ave.,
Oak Creek, WI 53154

ANAN BARBARAWI
8809 S. Howell Ave.,
Oak Creek, WI 53154