# United States District Court

EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| GS HOLISTIC, LLC,<br>　　　　Plaintiff | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NUMBER: 23-C-0703 |
| SMOKE WORLD INC. d/b/a SMOKE WORLD VAPE 3 and ANAN BARBARAWI,<br>　　　　Defendants |  |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff shall recover from defendants Smoke World Inc. d/b/a Smoke World Vape 3 and Anan Barbarawi, jointly and severally, the amount of $20,000 plus costs of $497. Plaintiff is also granted a permanent injunction.

Approved:

| 11/9/2023 | Gina M. Colletti |
|---|---|
| Date | Clerk |
|  | /s/ Alexis H. |
|  | (By) Deputy Clerk |